FREDERICK HUBERT ET AL., APPELLANTS, v. C. FRANKLIN WILSON, JUDGE, ETC., RESPONDENT.

Argued May 17, 1927—Decided October 17, 1927.

For the appellants, *Elmer W. Romine*.

For the respondent, *Charles A. Rathbun*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—Parker, Black, Katzenbach, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 11.

*For reversal*—None.